# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CR-22-127-JFH ) ) |
| SAIANE MAY STUDIE, | ) ) |
| Defendant. | ) ) |

## MOTION TO CONTINUE SENTENCING

Defendant, SAIANE MAY STUDIE, through counsel undersigned, moves for a continuance of the sentencing set for April 11, 2024. Undersigned counsel is scheduled to be in trial in the District of Arizona the week of April 8 to 12, 2024, and is therefore unavailable to appear for Ms. Studie's sentencing on April 11, 2024. Undersigned counsel is available April 16 to April 18, 2024; April 30 to May 2, 2024; May 7 to May 9, 2024; and May 14 to May 16, 2024. He requests that Ms. Studie's sentencing be scheduled on one of these dates.

Assistant U.S. Attorney Benjamin Traster has no objection to this motion, and is also available on the dates noted above.

The ends of justice will be served by the requested continuance, and a miscarriage of justice will result if a continuance is denied.

OFFICE OF THE FEDERAL PUBLIC DEFENDER
JON M. SANDS, Federal Public Defender

By: /s/ *Benjamin D. Singerman*
California State Bar No. 242725
Assistant Federal Public Defender
407 West Congress, Suite 501
Tucson, Arizona 85701

1

(520) 879-7500
Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2023, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System.

/ *Benjamin D. Singerman*
Benjamin D. Singerman
Assistant Federal Public Defender